UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KLINGFUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVE DAVEY, Warden,<br><br>　　　　　Defendant. | CASE NO. 1:15-cv-01808- MJS (PC)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND DISMISSING ACTION WITHOUT PREJUDICE**<br><br>**(ECF NO. 8)**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the undersigned's jurisdiction. (ECF No. 5.)

On February 5, 2016, Plaintiff's complaint was dismissed for failure to state a claim, and he was granted thirty days to file an amended complaint. (ECF Nos. 1, 7.) When Plaintiff failed to respond to the Court's order, the undersigned issued another order directing Plaintiff to show cause why this action should not be dismissed for failure to obey a court order and failure to prosecute. (ECF No. 8.) Plaintiff has again failed to respond to the Court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 25, 2016, Order to Show Cause (ECF No. 8) is vacated;

2. This action is dismissed without prejudice; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 13, 2016         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE